478

## CAMAROT v. LENTZ
### 410 P. 2d 240

*Watson D. Robertson,* Portland, argued the cause for appellant. With him on the brief were Davis, Jensen, Martin & Robertson, Portland.

*H. J. Camarot,* Springfield, argued the cause and filed a brief for respondent.

Before McAllister, Chief Justice, and Sloan, Goodwin, Holman and Lusk, Justices.

## PER CURIAM.

In this action plaintiff alleged that his assignor had loaned money to defendant and asked for judgment on the alleged debt. Defendant, a real estate broker who had sold property for plaintiff's assignor, denied any debt and alleged the money was paid to him as

part of a commission due him for the sale of property. The trial court found that the money was paid to defendant as a commission but that the commission had been over paid and entered a judgment against defendant for the surplus amount the court found that defendant had received.

The evidence supports the trial court's findings and the judgment entered. Affirmed.